Date: January 15, 2004 Anno Domini COURT
Document Number: Nos. 4-5 ST. OF TX.

ORIGINAL
CTJ/wNOD
& _____
BY _____

# Writ of Praecipe

'04 JAN 16  P: 9: 24

CLERK OF COURT

Sherri L. Harris
      Petitioner(S)

                            **Civil Action No. 4:03-CV-1410-A**

   vs.

INTERNAL REVENUE SERVICE
      Respondent(s)

## Petition

   I, Sherri L. Harris are over the age of 21 and are fully
competent to attest to the facts stated herein.

**Notice on the Agent is notice on the Principle and Notice on the Principle is notice
on the Agent**

   Comes Now Sherri L. Harris hereinafter the Petitioner(S) to petition the Respondents
(Respondent(s) shall be parties that are listed in the caption under Respondent(s)) by this
ancient Writ of Praecipe brought under the united States of America, the American Flag
of Peace hereby makes this Special-Visitation, by Writ of Praecipe, in Propria Persona,
proceeding in sumo jure, in Law, at Common Law, not conferring nor consenting to any
foreign jurisdiction, except to the de jure judicial Power of the New York State or the
several united States (Republics) of America. The Petitioners demands by the Ancient
Writ of Praecipe an additional 180 days or until the Petitioners has exhausted his right to
a non-judicial Private Administrative Process [which may include but not limited to the
Freedom of information act], further this right is protected by the united States of
America

**Writ of Praecipe**
**Page 1 of 2**

Constitution [and the United States Codes Title 42 section 1981]. The Petitioners further states that during this aforementioned time necessary to exhaust their Petitioner Private Administrative Process the Respondents shall be estoppel from any further action(s) that shall including both Civil, Criminal and all related legal activities regarding the abovementioned index and all other actions against the Petitioners.

I, Sherri L. Harris (hereinafter Petitioners) depose and say that the Petitioner(s) herein is over the age of 21 years and are fully competent to attest to all fact and aforementioned statements, having first hand knowledge of all facts and are believed to be true, complete and correct to the best of the Petitioners knowledge and not misleading, and that the hereinafter are stated under the penalty of perjury of the united States of America.

Petitioner(s) is competent to testify to all of the above statements known on personal knowledge made herein, all statement known on    personal knowledge are under penalty of perjury pursuant to the laws of The united states of America (Title 28 sec 1746(1)

Oklahoma County            )
                           ) SS.
Oklahoma State             )


Sworn and subscribed to before me on this _15th_ day of _January_ 2004

In witness whereof, I have set My hand and official seal.

_Beverly Hishaw_            My commission expires _06/20/06_ Notary

BEVERLY HISHAW
Oklahoma County
Notary Public and for
State of Oklahoma
Commission # 02010664  Expires 6/20/06

_Sherri L. Harris_
Sherri L. Harris
Without Prejudice
All Rights Reserved
[UCC 1-207]

**Writ of Praecipe**
**Page 2 of 2**