# United States District Court
## Northern District of Texas
*Fort Worth Division*

**USA**

        V.   **WARRANT FOR ARREST**

**Sherri L Harris**

AKA:   CASE NUMBER: 4:03-cv-1410-A

MAG. CASE NUMBER:

To:   The United States Marshal
and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest **Sherri L Harris** and bring him or her before this Court to answer a(n)

**Order of Contempt and Coercive Incarceration**

charging him or her with:

in violation of Title United States Code, Section(s) .

| KAREN MITCHELL | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| HONORABLE John McBryde | April 5, 2004 Fort Worth, TX |
| U.S. District Judge | Date and Location |

By: *[signature]*
Melody J Ware, Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

ISSUED