Case 4:03-cv-01410 Document 53 Filed 04/27/04 Page 1 of 3 PageID 228

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2004 APR 27 AM 9: 41

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:03-CV-1410-A |
| | ) | |
| EBONY SCOTT et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

The United States submits this status report to inform the Court of recent developments in this case. On April 21, 2004, U.S. Marshals arrested Defendant Sherri Harris in Oklahoma City pursuant to a warrant issued by this Court (Docket No. 51) for civil contempt of this Court (Docket No. 50). After her arrest, Harris was brought before United States Magistrate Judge Bana Roberts of the U.S. District Court for the Western District of Oklahoma that same day for an initial appearance. Assistant United States Attorney Debra Paull represented the United States, and Judge Roberts appointed Federal Public Defender June Tyhurst to represent Harris. Judge Roberts ordered a detention hearing for Harris. Ms. Paull moved for a continuation of the hearing until April 26, 2004. The court granted her request and ordered Harris to be detained until the hearing.

At a telephone conference on April 22, 2004, Judge Roberts directed the parties to submit briefs by the following day on the question of whether Harris was entitled to the hearings contemplated by the Federal Rules of Criminal Procedure. On April 26, 2004, Judge Roberts held a hearing. Ms. Paull appeared in person on behalf of the United States; the undersigned counsel appeared by telephone. Kenneth Watson, who had replaced Ms. Tyhurst as counsel for

Harris, appeared on behalf of the Defendant. After statements by counsel for both parties, Judge Roberts ruled that (1) the Federal Rules of Criminal Procedure did not apply to this case, (2) Harris was not entitled to a detention hearing under those rules, and (3) Harris would be detained pending her transfer by the U.S. Marshals Service to Fort Worth.

The case number for Harris's criminal proceedings in Oklahoma City is M-04-73. Counsel for both parties are discussing actions that Harris could take while still detained in Oklahoma City that the Government would deem substantial compliance with the Court's contempt order. Upon Harris taking such actions, counsel for the United States would recommend to this Court that the Court enter an order releasing Harris from coercive incarceration pending full compliance with the remaining provisions of the contempt order. The undersigned counsel will keep the Court informed of further developments in this matter.

          JANE J. BOYLE
          United States Attorney

          /s/ Gregory E. Van Hoey
          MICHAEL S. RAUM, ND # 05676
          GREGORY E. VAN HOEY, MD Bar
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          Post Office Box 7238
          Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 353-3922
                          (202) 307-6391
          Facsimile: (202) 514-6770

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing **Status Report** has been made upon the following by United States Mail, postage prepaid, this 26th day of April, 2004:

Ebony Scott
5802 Gloucester Court
Arlington, TX 76018

Kelvin Bailey
323 Forrest Park Road #B512
Madison, TN 37115

Kelvin Bailey
9905 Nichols Road
Oklahoma City, OK 73120

Sherri Harris
9905 Nichols Road
Oklahoma City, OK 73120

S-N-K Enterprise, Inc.
c/o Sherri Harris, Registered Agent
9905 Nichols Road
Oklahoma City, OK 73120

*/s/ Gregory E. Van Hoey*
MICHAEL S. RAUM, ND #05676
GREGORY E. VAN HOEY, MD Bar
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-3922
(202) 307-6391
Facsimile: (202) 514-6770