IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 8 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| VS. | § NO. 4:03-CV-1410-A |
| EBONY SCOTT, ET AL., | § |
| Defendants. | § |

FINAL JUDGMENT

In accordance with the notice of voluntary dismissal filed by plaintiff, United States of America,

The court ORDERS, ADJUDGES and DECREES that all claims and causes of action asserted by plaintiff in the above-captioned action against defendant Ebony Scott be, and are hereby, dismissed without prejudice.

Because a final judgment has now been rendered as to each defendant, this constitutes the final judgment as to all defendants in this action.

SIGNED April 28, 2004.

_____
JOHN McBRYDE
United States District Judge